**No.**

---

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

In re Speaker of the House Ben Toma and Senate President Warren Petersen.

---

SPEAKER OF THE HOUSE BEN TOMA, in his official capacity and
SENATE PRESIDENT WARREN PETERSEN in his official capacity,
*Intervenor-Defendants-Petitioners,*

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA,
*Respondent,*

MI FAMILIA VOTA, VOTO LATINO, LIVING UNITED FOR CHANGE IN
ARIZONA, LEAGUE OF UNITED LATIN AMERICAN CITIZENS ARIZONA,
ARIZONA STUDENTS' ASSOCIATION, ADRC ACTION, INTER TRIBAL
COUNCIL OF ARIZONA INCORPORATED, SAN CARLOS APACHE TRIBE,
ARIZONA COALITION FOR CHANGE, UNITED STATES OF AMERICA,
PODER LATINX, CHICANOS POR LA CAUSA, CHICANOS POR LA CAUSA
ACTION FUND, DEMOCRATIC NATIONAL COMMITTEE, ARIZONA
DEMOCRATIC PARTY, ARIZONA ASIAN AMERICAN NATIVE
HAWAIIAN AND PACIFIC ISLANDER FOR EQUITY COALITION,
PROMISE ARIZONA, SOUTHWEST VOTER REGISTRATION EDUCATION
PROJECT, TOHONO O'ODHAM NATION, GILA RIVER INDIAN
COMMUNITY, KEANU STEVENS, ALANNA SIQUIEROS, LADONNA
JACKET, ADRIAN FONTES, in his Official Capacity as Arizona Secretary of
State, LARRY NOBLE, APACHE COUNTY RECORDER, In his Official
Capacity, DAVID W. STEVENS, COCHISE COUNTY RECORDER, In his
Official Capacity, PATTY HANSEN, COCONINO COUNTY RECORDER, In
Her Official Capacity, SADIE JO BINGHAM, GILA COUNTY RECORDER, In
Her Official Capacity, SHARIE MILHEIRO, GREENLEE COUNTY
RECORDER, IN HER OFFICIAL CAPACITY, RICHARD GARCIA, LA PAZ
COUNTY RECORDER, IN HIS OFFICIAL CAPACITY, STEPHEN RICHER,
MARICOPA COUNTY RECORDER, IN HIS OFFICIAL CAPACITY, KRISTI
BLAIR, MOHAVE COUNTY RECORDER, IN HER OFFICIAL CAPACITY,

MICHAEL SAMPLE, NAVAJO COUNTY RECORDER, IN HIS OFFICIAL CAPACITY, GABRIELLA CAZARES-KELLY, PIMA COUNTY RECORDER, IN HER OFFICIAL CAPACITY, SUZANNA SAINZ, SANTA CRUZ COUNTY RECORDER, IN HER OFFICIAL CAPACITY, RICHARD COLWELL, YUMA COUNTY RECORDER, IN HIS OFFICIAL CAPACITY, MICHELLE BURCHILL, YAVAPAI COUNTY RECORDER, IN HER OFFICIAL CAPACITY, DANA LEWIS, KRIS MAYES, IN HER OFFICIAL CAPACITY AS ARIZONA ATTORNEY GENERAL, POLLY MERRIMAN, GRAHAM COUNTY RECORDER, IN HER OFFICIAL CAPACITY, STATE OF ARIZONA, JENNIFER TOTH, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE ARIZONA DEPARTMENT OF TRANSPORTATION,

*Real Parties in Interest.*

On Petition for a Writ of Mandamus to the United States District Court, District of Arizona-Phoenix
Case No. 2:22-CV-00509-SRB

**EMERGENCY MOTION FOR STAY OF DISCOVERY ORDER**

**(RULING REQUESTED BY OCTOBER 10, 2023)**

Kevin E. O'Malley (Bar No. 006420)
Hannah H. Porter (Bar No. 029842)
Mark C. Dangerfield (Bar No. 010832)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
kevin.omalley@gknet.com
hannah.porter@gknet.com
mark.dangerfield@gknet.com
*Counsel for Petitioners*

Pursuant to Rule 8(a)(1)(A) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 27-3, Intervenor-Defendants Speaker of the House Ben Toma and Senate President Warren Petersen (collectively, the "Legislators") respectfully ask the Court to issue an emergency stay of the district court's September 14, 2023 Order in Case 2:22-cv-00509-SRB (Doc. 535), which order wrongly compels the production of communications protected by the legislative privilege and also authorizes Plaintiffs to depose the Legislators about their personal involvement in the legislative process leading to the passage of two Arizona laws, H.B. 2243 and H.B. 2492 (the "Voting Laws"). A copy of that order is attached as Exhibit 1.

Although the Legislators moved the district court to stay that order while they sought a Writ of Mandamus from this Court, the district court, in an order issued on September 26, 2023, denied that motion (Doc. 548). A copy of that order is attached as Exhibit 2.

This motion is filed contemporaneously with, and relies on, the Legislators' Petition for Writ of Mandamus (the "Petition"), which asks the Court to reverse the district court's discovery order with respect to the compelled discovery and issue a protective order barring the requested discovery. As required by FRAP 8(a)(2)(C), the Legislators are giving notice of this motion to all parties by electronic distribution of the motion through Pacer. In addition, the Legislators have emailed a copy of this motion to counsel for all parties.

A stay pending review of the September 14 Order by this Court should be entered because, among other reasons, the district court clearly erred in finding a waiver of the legislative privilege, and—other than as readily shown in the already-publicly available records—Toma and Petersen's personal involvement in the legislative process leading to the Voting Laws, and their motives for voting in favor of those laws, are not relevant to any issue in the case.

In considering whether to grant a stay pending appeal, "a court considers four factors: (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder,* 556 U.S. 418, 426 (2009) (internal quotation omitted).

The Legislators' contemporaneously filed Petition explains why they are likely to succeed on the merits, and we refer the Court to that document as to the first factor. In brief, however, the district court found the Legislators had waived the legislative privilege merely by intervening in the lawsuit and generally denying Plaintiffs' claims, even though the Legislators had a statutory right to intervene under A.R.S. § 12-1841 and they intervened in their official capacities purely to make legal arguments defending the constitutionality of the Voting Laws based on

the evidentiary record. The Legislators have not and do not intend to offer testimony or other evidence regarding the legislative process of the Voting Laws.

In addition, regardless of privilege issues, long-standing precedent bars the deposition of legislators to determine their individual motives for supporting legislation. *See, e.g. Lee v. City of Los Angeles,* 908 F.3d 1175, 1187-88 (9th Cir. 2018) ("we have likewise concluded that plaintiffs are generally barred from deposing local legislators, even in extraordinary circumstances") (internal quotation omitted).

As to the second factor, irreparable harm, unless the Court issues an immediate stay the Legislators will quickly find themselves between the mythical Scylla and Charybdis: they'll either need to submit to improper depositions within the next few weeks, or refuse to do so and expose themselves to potential sanctions and contempt charges.[1] Either choice brings serious consequences that can't be corrected.

As to the third factor, issuance of the stay while the Court considers the Petition will not injure the other parties. That's because the discovery is improper in the first place, and in the second place, we anticipate that—based on prior decisions

---

[1] Pursuant to the district court's order, the Legislators have provisionally produced the withheld privileged documents to opposing counsel with an attorneys' eyes only designation, but the relief sought in the Legislators' petition for writ of mandamus would include the return of those provisionally produced materials.

of this Court—the Court will be able to resolve the dispute quickly. See, for example, *City of Las Vegas v. Foley,* 908 F.3d 1175 (9th Cir. 1984) (granting mandamus relief and directing the district court to grant a protective order barring deposing legislators about their subjective motivations for approving a zoning ordinance); *Lee ,* 908 F.3d at 1187-88 (holding that the legislative privilege barred the depositions of officials involved in Los Angeles' redistricting process).

The fourth factor, the public interest, also heavily favors the Legislators. To begin with, the legislative privilege helps preserve "[o]pen dialogue between lawmakers and their staff," and the failure to preserve that privilege will thus chill legislative debate. *See, e.g. Citizens Union of City of NY. V. Att'y Gen. of N.Y.,* 269 F. Supp. 3d 124, 170 (S.D.N.Y. 2017). Such chilling would, in turn, impede the Legislators' ability to discharge their duties with "firmness and success," without "concern of adverse consequences outside the ballot box." *Lee,* 908 F.3d at 1186-87 (citation omitted). Requiring legislators to "produce communications touching upon the legislative process would constitute the precise sort of interference that the state legislative privilege was designed to prevent." *Mi Familia Vota v. Hobbs*, No. CV-21-01423-PHX-DWL, 2023 WL 4595824, at *12 (D. Ariz. July 18, 2023) (citations omitted).

Moreover, the Supreme Court has "repeatedly stressed that 'judicial inquiries into legislative or executive motivation represent a substantial intrusion' such that

calling a decision maker as a witness 'is therefore usually to be avoided.'" *Lee,* 908 F.3d at 1188 (quoting *Arlington Heights*, 429 U.S. at 268 n.18).

## CONCLUSION

For all the reasons discussed above and in the Legislators' related Petition for Writ of Mandamus, the Legislators ask the Court to issue an immediate emergency stay of the district court's discovery order (Doc. 535). In light of the tight pre-trial deadlines in this case, we ask the Court to consider and act upon this motion by Tuesday, October 10, 2023.

As explained in the Petition, although the district court's discovery order did not give the Legislators a specific deadline for producing the documents or submitting to the depositions, Plaintiffs have demanded that the documents be produced by September 29, 2023, have noticed depositions of Toma and Petersen for October 5 and 6, and have threatened to seek sanctions if the Legislators fail to comply. In recent discussions, Plaintiffs have suggested they would be willing to consider pushing the depositions of Toma and Petersen back until the week before the joint pretrial statement deadline.

The joint pretrial statement is due on Monday, October 16, 2023. The Monday before that, October 9, is Columbus Day, a federal holiday. We therefore ask the Court to rule on this motion by Tuesday, October 10, 2023.

Dated: September 29, 2023

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Hannah H. Porter*
    Kevin E. O'Malley
    Hannah H. Porter
    Mark C. Dangerfield
    GALLAGHER & KENNEDY, P.A.
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225
    Attorneys for Petitioner

## CERTIFICATE OF COMPLIANCE

This motion complies with the length requirements of Fed. R. App. P. 27(d), excluding the parts of the document exempted by Fed. R. App. P. 21(a)(2)(C) and Fed. R. App. P. 32(f) because it contains 1,158 words and it does not exceed 20 pages pursuant to 9th Circuit Rule 27-1(1)(d).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word Times New Roman 14-point font.

Dated: September 29, 2023

GALLAGHER & KENNEDY, P.A.

By: */s/ Hannah H. Porter*
Kevin E. O'Malley
Hannah H. Porter
Mark C. Dangerfield
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this motion with the clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 29, 2023. I also certify that certain participants in the case are registered CM/ECF users and that service will be accomplished by the appellate. CM/ECF system.

In addition, a copy of the motion has been emailed to counsel.

Dated: September 29, 2023

GALLAGHER & KENNEDY, P.A.

By: */s/ Hannah H. Porter*
    Kevin E. O'Malley
    Hannah H. Porter
    Mark C. Dangerfield
    GALLAGHER & KENNEDY, P.A.
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225
    *Attorneys for Petitioners*

## CIRCUIT RULE 27-3 CERTIFICATE FOR EMERGENCY MOTION

**9th Circuit Case Number:** [Not yet assigned]

**Case Name:** In re Speaker of the House Ben Toma and Senate President Warren Petersen.

**Relief is needed no later than:** October 10, 2023

**The following will happen if relief is not granted within the requested time:**

Unless relief is granted within the requested time, the movants, Arizona Speaker of the House Ben Toma and Arizona Senate President Warren Petersen, may be forced to choose between subjecting themselves to improper depositions regarding their personal involvement in the passage of two state laws, and their motives in voting in favor of the same, or being sanctioned or found in contempt for disobeying the district court's orders.

**I could not have filed this motion earlier because:** The district court denied the Petitioner's request for stay on September 26, 2023. On September 27, 2023, Plaintiffs' counsel issued notices of deposition setting depositions of Speaker Toma and President Petersen for October 5 and October 6. Undersigned counsel reached out to Plaintiffs' counsel regarding staying the depositions pending a ruling on the petition for writ of mandamus, Plaintiffs would not agree to a stay.

**I requested this relief in the district court:** Yes, a request for stay was filed with the district court, which as denied on September 26, 2023.

**I notified 9th Circuit court staff via voicemail or email about the filing of this motion:** Yes

**Parties' Positions:**

In addition to the notice provided within the Legislators' motion to stay before the district court, Undersigned counsel notified all counsel and any unrepresented party of the Legislator's intent to file this motion on September 28, 2023 by email. Copies of this motion and the petition for writ of mandamus will be emailed to all counsel by email on September 29, 2023.

- Non-U.S. Plaintiffs oppose the request for stay.

- The United States takes no position on the Speaker and President's petition and motion to stay at this time.

- The State and Attorney General agree that the Speaker and President's petition raises an important and time-sensitive issue regarding legislative privilege but otherwise take no position on the motion to stay.

- The Secretary of State takes no position on the relief requested in the motion to stay, provided that the relief sought will not delay the currently scheduled

trial. The Secretary of State opposes any change to the currently scheduled trial dates.

- Intervenor-Defendant Republic National Committee does not take a position on the motion to stay at this time.

**Name and contact information for each counsel/party notified:**

*See* attached list starting on the following page.

I declare under penalty of perjury that the foregoing is true.

Dated: September 29, 2023

GALLAGHER & KENNEDY, P.A.

By: */s/ Hannah H. Porter*
Kevin E. O'Malley
Hannah H. Porter
Mark C. Dangerfield
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
*Attorneys for Petitioners*

**LIST OF COUNSEL AND CONTACT INFORMATION**

**HERRERA ARELLANO LLP**
Roy Herrera (AZ Bar No. 032901)
Daniel A. Arellano (AZ Bar. No. 032304)
Jillian L. Andrews (AZ Bar No. 034611)
530 East McDowell Road
Suite 107-150
Phoenix, Arizona 85004-1500
Phone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com

**ELIAS LAW GROUP LLP**
Marc E. Elias*
Elisabeth C. Frost*
Christopher D. Dodge*
Mollie DiBrell*
Alexander F. Atkins*
Daniela Lorenzo*
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Phone: (202) 968-4513
Facsimile: (202) 968-4498
melias@elias.law
efrost@elias.law
cdodge@elias.law
mdibrell@elias.law
aatkins@elias.law
dlorenzo@elias.law

*Attorneys for Mi Familia Vota and Voto Latino*

**BARTON MENDEZ SOTO**
James Barton (AZ Bar No. 023888)
401 W. Baseline Road
Suite 205
Tempe, AZ 85283

480-418-0668
james@bartonmendezsoto.com

**DEPARTMENT OF JUSTICE**
**SAN CARLOS APACHE TRIBE**
Alexander B. Ritchie
(AZ Bar No. 019579)
Attorney General
Chase A. Velasquez*
NM Bar No. 019148
Assistant Attorney General
Post Office Box 40
16 San Carlos Ave.
San Carlos, AZ 85550
Alex.Ritchie@scat-nsn.gov
Chase.Velasquez@scat-nsn.gov

**CAMPAIGN LEGAL CENTER**
Danielle Lang*
Jonathan Diaz*
Molly Danahy*
Hayden Johnson*
Nicole Hansen*
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org
hjohnson@campaignlegalcenter.org
nhansen@campaignlegalcenter.org

**MAYER BROWN LLP**
Lee H. Rubin* (CA# 141331)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

**FREE SPEECH FOR PEOPLE**
Courtney Hostetler* (MA# 683307)
John Bonifaz* (MA# 562478)
Ben Clements* (MA# 555082)
Ronald Fein* (MA# 657930)
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

Gary A. Isaac* (IL# 6192407)
Daniel T. Fenske* (IL# 6296360)
William J. McElhaney, III* (IL# 6336357)
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
dfenske@mayerbrown.com
gisaac@mayerbrown.com
WMcElhaney@mayerbrown.com

Rachel J. Lamorte* (NY# 5380019)
1999 K Street NW
Washington, DC 20006
(202) 362-3000
rlamorte@mayerbrown.com

*Attorneys for Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, Inc., San Carlos Apache Tribe, and Arizona Coalition for Change*

**ARIZONA CENTER FOR LAW
IN THE PUBLIC INTEREST**
Daniel J. Adelman (011368)
352 E. Camelback Rd., Suite 200
Phoenix, AZ 85012
danny@aclpi.org

(602) 258-8850

**ARNOLD & PORTER**
**KAYE SCHOLER, LLP**
Steven L. Mayer*
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Steve.Mayer@arnoldporter.com
(415) 471-3100

**ARNOLD & PORTER**
**KAYE SCHOLER, LLP**
Leah R. Novak*
250 West 55th Street
**FAIR ELECTIONS CENTER**
Jon Sherman*
Michelle Kanter Cohen*
1825 K St. NW, Ste. 450
Washington, D.C. 20006
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
(202) 331-0114

**ARNOLD & PORTER**
**KAYE SCHOLER, LLP**
Jeremy Karpatkin*
John A. Freedman*
Erica McCabe*
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Jeremy.Karpatkin@arnoldporter.com
John.Freedman@arnoldporter.com
Erica.McCabe@arnoldporter.com
(202) 942-5000
New York, NY 10019
Leah.Novak@arnoldporter.com
(212) 836-8000
*Attorneys for Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund*

**PAPETTI SAMUELS**
**WEISS MCKIRGAN LLP**
Bruce Samuels (AZ Bar No. 015996)
Jennifer Lee-Cota (AZ Bar No. 033190)
bsamuels@pswmlaw.com
jleecota@pswmlaw.com
Scottsdale Quarter
15169 North Scottsdale Road
Suite 205
Scottsdale, AZ 85254
+1 480 800 3530

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Seth P. Waxman*
Daniel S. Volchok*
Christopher E. Babbitt*
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
christopher.babbitt@wilmerhale.com
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
+1 202 663 6000 (telephone)
+1 202 663 6363 (facsimile)
*Attorneys for the Democratic National Committee and Arizona Democratic Party*

**LATHAM & WATKINS LLP**
Sadik Huseny*
*sadik.huseny@lw.com*
Amit Makker*
*amit.makker@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**SPENCER FANE**
Andrew M. Federhar
(AZ Bar No. 006567)
*afederhar@spencerfane.com*
2415 East Camelback Road, Suite 600

Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431

**ASIAN AMERICANS ADVANCING**
**JUSTICE-AAJC**
Niyati Shah*
*nshah@advancingjustice-aajc.org*
Terry Ao Minnis*
*tminnis@advancingjustice-aajc.org*
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318
*Attorneys for Plaintiff Arizona Asian American Native Hawaiian and Pacific*
*Islander for Equity Coalition*
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Ernest Herrera*
Erika Cervantes*
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
eherrera@maldef.org
ecervantes@maldef.org

**ORTEGA LAW FIRM**
Daniel R. Ortega Jr.
361 East Coronado Road, Suite 101
Phoenix, AZ 85004-1525
Telephone: (602) 386-4455
Email: danny@ortegalaw.com
*Attorneys for Promise Arizona Plaintiffs*

**OSBORN MALEDON, P.A.**
David B. Rosenbaum
AZ No. 009819
Joshua J. Messer
AZ No. 035101
2929 North Central Avenue, 21st Floor

Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
jmesser@omlaw.com

**LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Ezra Rosenberg*
DC No. 360927, NJ No. 012671974
Jim Tucker**
AZ No. 019341
Ryan Snow*
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600 (main)
erosenberg@lawyerscommittee.org
jtucker@lawyerscommittee.org

**NATIVE AMERICAN RIGHTS FUND**
Allison A. Neswood* CO No. 49846
neswood@narf.org
Michael S. Carter AZ No. 028704, OK No. 31961
carter@narf.org
Matthew Campbell* NM No. 138207, CO No. 40808
mcampbell@narf.org
Jacqueline D. DeLeon* CA No. 288192
jdeleon@narf.org
1506 Broadway Boulder, CO 80301
(303) 447-8760 (main)

Samantha B. Kelty AZ No. 024110, TX No. 24085074
kelty@narf.org
950 F Street NW, Suite 1050,
Washington, D.C. 20004
(202) 785-4166 (direct)
rsnow@lawyerscommittee.org
**Admitted in Arizona, D.C. and Nevada.*

**GILA RIVER INDIAN COMMUNITY**
Thomas L. Murphy
AZ No. 022953

Javier G. Ramos
AZ No. 017442
Post Office Box 97
Sacaton, Arizona 85147
(520) 562-9760
thomas.murphy@gric.nsn.us
javier.ramos@gric.nsn.us
*Representing Gila River Indian Community Only*

**TOHONO O'ODHAM NATION**
Howard M. Shanker (AZ Bar 015547)
Attorney General, Tohono O'odham Nation
Marissa L. Sites (AZ Bar 027390)
Assistant Attorney General, Tohono O'odham Nation
P.O. Box 830
Sells, Arizona 85634
(520) 383-3410
Howard.Shanker@tonation-nsn.gov
Marissa.Sites@tonation-nsn.gov
*Representing Tohono O'odham Nation Only*

*Attorneys for Tohono O'odham Nation, Gila River Indian Community,
Keanu Stevens, Alanna Siquieros, and LaDonna Jacket*

Emily Brailey
Jennifer J. Yun
US Dept of Justice-Voting-M Street
4 Constitution Square
150 M St. NE
Washington, DC 20503
202-353-5724
202-305-5533
Jennifer.Yun@usdoj.gov
Emily.brailey@usdoj.gov

Richard Dellheim
Sejal Jhaveri
US Dept of Justice-Civil Rights Div, Voting Section
950 Pennsylvania Ave. NW
Washington, DC 20530

202-305-1734
202-305-7376
richard.dellheim@usdoj.gov
sejal.jhaveri@usdoj.gov

T Christian Herren, Jr.
US Dept of Justice-Civil Rights (Pennsylvania Ave.)
950 Pennsylvania Ave. 5th Fl
Washington, DC 20530
202-307-2767
chris.herren@usdoj.gov

*Attorneys for United States of America*


**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)
Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Timothy E.D. Horley (No. 038021)
Office of the Arizona Attorney General 2005 N. Central Avenue
Phoenix, AZ 85004-1592
Phone: (602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
Timothy.Horley@azag.gov
ACL@azag.gov
*Attorneys for Defendants Attorney General*
*Kristin K. Mayes, ADOT Director Jennifer*
*Toth, and State of Arizona*


**CONSOVOY MCCARTHY PLLC**
Tyler Green*
Cameron T. Norris*
Gilbert C. Dickey*

1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com

**STATECRAFT PLLC**
Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar. No. 031150
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com
*Attorneys for Intervenor-Defendant Republic National Committee*

**LAW OFFICES OF SHERMAN & HOWARD L.L.C.**
Craig A. Morgan (AZ Bar No. 023373)
(CMorgan@ShermanHoward.com)
Shayna Stuart (AZ Bar No. 034819)
(SStuart@ShermanHoward.com)
Jake Tyler Rapp (AZ Bar No. 036208)
(JRapp@ShermanHoward.com)
2555 E. Camelback Road, Suite 1050
Phoenix, Arizona 85016-4258
602.240.3000
*Attorneys for Arizona Secretary of State Adrian Fontes*

**PIERCE COLEMAN PLLC**
Christina Estes-Werther
Justin Scott Pierce
7730 E. Greenway Rd., Ste. 105
Scottsdale, AZ 85260
christina@piercecoleman.com
justin@piercecoleman.com

Kimberly Janiece Hunley
William Moran, II
Santa Cruz County Attorney
2150 N. Congress Dr., Ste. 201
Nogales, AZ 85621
wmoran@santacruzcountyaz.gov
khunley@santacruzcountyaz.gov

*Attorneys for Suzanne Sainz, Santa Cruz County Recorder, in her official capacity*

William J. Kerekes
Office of the Yuma County Attorney
250 W. 2nd St., Ste. G
Yuma, AZ 85364
bill.kerekes@yumacountyaz.gov

*Attorney for Richard Colwell, Yuma County Recorder, in official capacity*

M. Colleen Connor
Arizona Secretary of State
1700 W. Washington St., 7th Fl.
Phoenix, AZ 85007
cconnor@azsos.gov

Thomas M. Stoxen
Michael James Gordon
Yavapai County Attorneys Office
255 E. Gurley St.
Prescott, AZ 86301
michael.gordon@yavapaiaz.gov

*Attorneys for Michelle Burchill, Yavapai County Recorder, in official capacity*

Craig Charles Cameron
Pinal County Attorneys Office
P.O. Box  887
Florence, AZ 85132
craig.cameron@pinal.gov

*Attorney for Dana Lewis*

Joshua David R. Bendor
Joshua Michael Whitaker
Kathryn E. Boughton
Timothy E. Horley
Hayleigh Susan Crawford
Office of the Attorney General-Phoenix
2005 N. Central Ave.
Phoenix, AZ 85004
joshua.bendor@azag.gov
joshua.whitaker@azag.gov
kathryn.boughton@azag.gov
timothy.horley@azag.gov
hayleigh.crawford@azag.gov

*Attorneys for Kris Mayes, in her official capacity as Arizona Attorney General, State of Arizona, and Jennifer Toth, in her official capacity as Director of the Arizona Department of Transportation*

Jean Ann Roof
Graham County Attorneys Office
800 W Main St.
Safford, AZ 85546
jroof@graham.az.gov

*Attorney for Polly Merriman, Graham County Recorder, in her official capacity*

Celeste M. Robertson
Apache County Attorneys Office
P.O. Box 637
Saint Johns, AZ 85936
crobertson@apachecountyaz.gov

*Attorney for Apache County Recorder, in his official capacity*

Christine Joyce Roberts
Cochise County Attorney
P.O. Box CA

Bisbee, AZ 85603
croberts@cochise.az.gov

Paul Correa
Correa Law Firm
10410 SW Bank Rd.
Vashon, WA 98070
pc@ocorrea.org

*Attorney for David Stevens,Cochise County Recorder, in his official capacity*

Aaron Michael Lumpkin
Davis Miles McGuire Gardner PLLC
40 E. Rio Salado Pkwy, Ste. 425
Tempe, AZ 85281
alumpkin@davismiles.com

Rose Marie Winkeler
Flagstaff Law Group
702 N. Beaver St.
Flagstaff, AZ 86001
rose@flaglawgroup.com

*Attorney for Patty Hansen, Coconino County Recorder, in her official capacity*

Brad Beauchamp
Jefferson R. Dalton
Gila County Attorneys Office
1400 E. Ash St.
Globe, AZ 85501
bbeauchamp@gilacountyaz.com

*Attorney for Sadie Jo Bingham, Gila County Recorder, in her official capacity*

Gary Griffith
Jeremy Ford
Scott Adams
Greenlee County Attorneys Office
P.O. Box 1717

Clifton, AZ 85533
ggriffith@greenlee.az.gov

*Attorney for Sharie Milheiro, Greenlee County Recorder, in her official*

Jason William Mitchell
Ryan Norton Dooley
La Paz County Attorneys Office
1320 Kofa Ave.
Parker, AZ 85344
jmitchell@lapazcountyaz.org
rdooley@lapazcountyaz.org

Kimberly Janiece Hunley
William Moran, II
Santa Cruz County Attorney
2150 N. Congress Dr., Ste. 201
Nogales, AZ 85621
khunley@santacruzcountyaz.gov
wmoran@santacruzcountyaz.gov

Laura Louise Roubicek
Arizona Attorney General's Office
416 W. Congress St., 2nd Fl
Tucson, AZ 85701
Laura.roubicek@azag.gov

*Attorney for Richard Garcia, La Paz County Recorder, in his official capacity*

Anna Griffin Critz
Maricopa County Attorneys Office-Madison St.
222 W. Madison St.
Phoenix, AZ 85003
critz@mcao.maricopa.gov
oconnorjr@mcao.maricopa.gov
laruej@mcao.maricopa.gov

*Attorney for Stephen Richer, Maricopa County Recorder, in his official*

Ryan Henry Esplin
Mohave County Attorney's Office
P.O. Box 7000
Kingman, AZ 86402
EspliR@mohave.gov

*Attorney for Kristi Blair, Mohave County Recorder, in her official capacity*

Jason S. Moore
Navajo County Attorneys Office
P.O. Box 668
Holbrook, AZ 86025
Jason.moore@navajocountyaz.gov

*Attorney for Michael Sample, Navajo County Recorder, in his official capacity*

Daniel S. Jurkowitz
Pima County Attorneys Office
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701
Daniel.Jurkowitz@pcao.pima.gov

*Attorney for Gabriella Cazares-Kelly, Pima County Recorder, in her official capacity*

William J. Kerekes
Office of the Yuma County Attorney
250 W. 2nd St. Ste. G
Yuma, AZ 85364
bill.kerekes@yumacountyaz.gov

*Attorney for Richard Colwell, Yuma County Recorder, in his official capacity*