No. 23-70179

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

In re BEN TOMA, Speaker of the Arizona House of Representatives, in his official Capacity; WARREN PETERSEN, President of the Arizona Senate, in his official capacity.

BEN TOMA, Speaker of the Arizona House of Representatives, in his official Capacity; WARREN PETERSEN, President of the Arizona Senate, in his official capacity,

Intervenor-Defendants-Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,

Respondent,

MI FAMILIA VOTA; et al.,

Real Parties in Interest.

On Petition for a Writ of Mandamus to the United States District Court, District of Arizona-Phoenix
Case No. 2:22-CV-00509-SRB

**NOTICE OF ERRATA RE REPLY IN SUPPORT OF EMERGENCY MOTION FOR STAY OF DISCOVERY ORDER**

Kevin E. O'Malley (Bar No. 006420)
Hannah H. Porter (Bar No. 029842)

Mark C. Dangerfield (Bar No. 010832)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
kevin.omalley@gknet.com
hannah.porter@gknet.com
mark.dangerfield@gknet.com
*Counsel for Petitioners*

Notice is hereby provided that footnote 1 of the Legislator's Reply in Support of their Motion to Stay (Dkt. 5) erroneously stated that the non-U.S. Plaintiffs' Response exceeded the applicable word/page limits in Fed. R. App. P. 27(d)(2) and Circuit Rule 27-1(d). Although the Response contained 5,600 words, under the word/length conversion rule in Circuit Rule 32-3, the word length divided by 280 yields 20 pages.

## CERTIFICATE OF COMPLIANCE

This notice complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word Times New Roman 14-point font.

Dated: October 6, 2023

                                      GALLAGHER & KENNEDY, P.A.

                                      By: */s/ Hannah H. Porter*
                                            Kevin E. O'Malley
                                            Hannah H. Porter
                                            Mark C. Dangerfield
                                            GALLAGHER & KENNEDY, P.A.
                                            2575 East Camelback Road
                                            Phoenix, Arizona 85016-9225
                                            *Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this notice with the clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on October 6, 2023. I also certify that certain participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

In addition, a copy of the notice has been emailed to counsel.

Dated: October 6, 2023

                                        GALLAGHER & KENNEDY, P.A.

                                        By: */s/ Hannah H. Porter*
                                               Kevin E. O'Malley
                                               Hannah H. Porter
                                               Mark C. Dangerfield
                                               GALLAGHER & KENNEDY, P.A.
                                               2575 East Camelback Road
                                               Phoenix, Arizona 85016-9225
                                               *Attorneys for Petitioners*