**FILED**

OCT 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: BEN TOMA, Speaker of the Arizona House of Representatives, in his official Capacity; WARREN PETERSEN, President of the Arizona Senate, in his official capacity, | No. 23-70179<br><br>D.C. No. 2:22-cv-00509-SRB<br>District of Arizona,<br>Phoenix |
| BEN TOMA, Speaker of the Arizona House of Representatives, in his official capacity; WARREN PETERSEN, President of the Arizona Senate, in his official capacity, | ORDER |
| Petitioners, | |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX, | |
| Respondent, | |
| MI FAMILIA VOTA; VOTO LATINO; LIVING UNITED FOR CHANGE IN ARIZONA, LUCHA Plaintiff; LEAGUE OF UNITED LATIN AMERICAN CITIZENS ARIZONA, LUCHA Plaintiff; ARIZONA STUDENTS' ASSOCIATION, LUCHA Plaintiff; ADRC ACTION, previously named Arizona Democracy Resource Center Action, LUCHA Plaintiff; INTER TRIBAL COUNCIL OF ARIZONA INCORPORATED, LUCHA | |

Plaintiff; SAN CARLOS APACHE TRIBE, LUCHA Plaintiff; ARIZONA COALITION FOR CHANGE, LUCHA Plaintiff; UNITED STATES OF AMERICA; PODER LATINX, CPLC Plaintiffs; CHICANOS POR LA CAUSA, INC., CPLC Plaintiffs; CHICANOS POR LA CAUSA ACTION FUND, CPLC Plaintiffs; DEMOCRATIC NATIONAL COMMITTEE; ARIZONA DEMOCRATIC PARTY; ARIZONA ASIAN AMERICAN NATIVE HAWAIIAN AND PACIFIC ISLANDER FOR EQUITY COALITION; PROMISE ARIZONA; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; TOHONO O'ODHAM NATION; GILA RIVER INDIAN COMMUNITY; KEANU STEVENS; ALANNA SIQUIEROS; LADONNA JACKET; ADRIAN FONTES, in his official capacity as Arizona Secretary of State; LARRY NOBLE, Apache County Recorder, in his official capacity; DAVID W. STEVENS, Cochise County Recorder, in his official capacity; PATTY HANSEN, Coconino County Recorder, in her official capacity; SADIE JO BINGHAM, Gila County Recorder, in her official capacity; SHARIE MILHEIRO, Greenlee County Recorder, in her official capacity; RICHARD GARCIA, La Paz County Recorder, in his official capacity; STEPHEN RICHER, Maricopa County Recorder, in his official capacity; KRISTI BLAIR, Mohave County Recorder, in her official capacity; MICHAEL SAMPLE,

Navajo County Recorder, in his official capacity; GABRIELLA CAZARES-KELLY, Pima County Recorder, in her official capacity; SUZANNE SAINZ, Santa Cruz County Recorder, in her official capacity; RICHARD COLWELL, Yuma County Recorder, in official capacity; MICHELLE BURCHILL, Yavapai County Recorder, in official capacity; DANA LEWIS; KRIS MAYES, in her official capacity as Arizona Attorney General; JENNIFER TOTH, in her official capacity as Director of the Arizona Department of Transportation; POLLY MERRIMAN, Graham County Recorder, in her official capacity,

        Real Parties in Interest.

Non-U.S. Plaintiffs' Motion to Strike Argument First Made in Reply or, in the Alternative for Leave to File a Sur-Reply, filed October 26, 2023, is DENIED.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT