(ORDER LIST:  601 U.S.)

MONDAY, NOVEMBER 27, 2023

ORDER IN PENDING CASE

23A452      TOMA, BEN, ET AL. V. USDC AZ

The application for stay presented to Justice Kagan and by

her referred to the Court is denied.